918

No. 721. FRANCIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *George D. Reilly* for petitioner. *Solicitor General Perlman* for the United States.

Nos. 722 and 723. FRANK ET AL. v. WILSON & Co., INC. C. A. 7th Cir. Certiorari denied. *Alex Elson* for petitioners. *Richard C. Winkler* for respondent. *Solicitor General Perlman* and *William S. Tyson* filed a memorandum for the Wage & Hour Administrator, as *amicus curiae*, supporting the petition.

No. 726. GRANNIS ET AL., ADMINISTRATORS, ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Robert H. Dye* and *Claude C. Pierce, Jr.* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Morton Liftin* for the United States.

No. 730. ANDERSON v. BOWERS, COLLECTOR OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *J. Davis Kerr* and *Harvey W. Johnson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Joseph W. Bishop, Jr.* for respondent.

No. 731. HUGH SMITH, INC. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *F. E. Hagler* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Harry Baum* for respondent.

